# UNITED STATES DISTRICT COURT
### District of Massachusetts

Western Division                                    Civil Action No. 04-30002-MKT

| | |
|---|---|
| MARIA BENNETT )<br>         Plaintiff )<br>vs. )<br>)<br>RITA J. LEMKE )<br>And CLARENCE M. LEMKE )<br>         Defendants )<br>) | **COMPLAINT** |

1. The plaintiff is a natural person residing at 868 Southampton Road, Westfield, Hampden County, Massachusetts.

2. The defendant Rita J. Lemke is a natural person residing at 3396 Southeast 145TH Street, Summerfield, Florida.

3. The defendant Clarence M. Lemke is a natural person residing at 3398 Southeast 145TH Street SE, Summerfield, Florida.

4. The amount in controversy in this matter exceeds Seventy Five Thousand ($75,000.00.) Dollars.

5. On or about the 1ST day of February 2001, the plaintiff was the operator of an automobile which was traveling through the intersection of George Street and Main Street, a Massachusetts state highway also known as Route 20, a public way in the City of Westfield, County of Hampden, Massachusetts, and at the same time and place, the defendant Rita J. Lemke was operating an automobile.

6. The vehicle operated by defendant Rita J. Lemke was owned by the defendant Clarence M. Lemke.

MOIR & ROSS
Law Offices
45 Broad Street
Westfield, Massachusetts

(413) 568-1957

7. The defendant Rita J. Lemke negligently and carelessly operated the defendant Clarence M. Lemke's automobile so as to cause it to collide with the automobile operated by the plaintiff.

8. As a result thereof, the plaintiff was seriously injured, sustaining a combination of musculoligamentos injuries to the cervical and lumbar regions, and cervical and lumbar disc annulus tears to her back, has suffered a permanent disability, was prevented from carrying out the duties of her occupation, suffered great pain of body and mind, and was obliged to expend monies for medical care and attendance.

Wherefore the plaintiff demands judgment against the defendant for damages and costs.

PLAINTIFF DEMANDS A TRIAL BY JURY

Dated: Jan. 5, 2004

The Plaintiff
Maria Bennett
By her attorney,

Bradford B. Moir, Esquire
MOIR & ROSS
45 Broad Street, Suite #2
Westfield, MA 01085
Tel.(413) 568-1957
Fax.(413) 562-4691
BBO# 350600

MOIR & ROSS
Law Offices
45 Broad Street
Westfield, Massachusetts

(413) 568-1957

\\D3xbk311\m_r\Personal Injury\Bennett, Maria\Court Filings\Complaint.doc