# UNITED STATES DISTRICT COURT

District of Massachusetts

Western Division                                             Civil Action No. 04-30002 MAP

| MARIA BENNETT | ) | |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | NOTICE OF |
| | ) | VOLUNTARY |
| RITA J. LEMKE | ) | DISMISSAL WITHOUT |
| And CLARENCE M. LEMKE | ) | PREJUDICE |
| Defendants | ) | |
| | ) | |

Now comes the plaintiff in the above-entitled action and moves pursuant to Federal Rules of Civil Procedure Rule 41A to voluntarily dismiss the within action without prejudice.

Dated: February 23, 2004

The Plaintiff
Maria Bennett
By her attorney,

Bradford B. Moir, Esquire
MOIR & ROSS
45 Broad Street, Suite #2
Westfield, MA 01085
Tel.(413) 568-1957
Fax.(413) 562-4691
BBO# 350600